UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| **MARGIEE VANESSA BONILLA ROJAS,** | ] |
| Petitioner, | ] |
| v. | ] Case No. 7:24-cv-00415-ACA-HNJ |
| **KIMBERLY NEELY,** | ] |
| Respondent. | ] |

## MEMORANDUM OPINION

Petitioner Margiee Vanessa Bonilla Rojas, *pro se*, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, challenging the Federal Bureau of Prisons's refusal to apply First Step Act time credits toward her sentence. (Doc. 1 at 6–7). In January 2025, the magistrate judge entered a report recommending that the court dismiss the action for lack of subject matter jurisdiction because Ms. Rojas's release from federal custody renders her habeas petition moot.[1] (Doc. 9 at 2, 5–11, 12). Although the magistrate judge advised both parties of their right to file objections to the report and recommendation within fourteen days (*id.* at 12), the court has not received any objections.

---

[1] The court need not consider the magistrate judge's recommendation in the alternative because it finds that the magistrate judge's first recommendation sufficiently resolves the case. (*See* doc. 9 at 2, 11).

Having carefully considered *de novo* all the materials in the court file, including the magistrate judge's report and recommendation, the court **ADOPTS** the report and **ACCEPTS** his recommendation. Accordingly, the court **WILL DISMISS** the action for lack of subject matter jurisdiction. *See Djadju v. Vega*, 32 F.4th 1102, 1107–09 (11th Cir. 2022) (citing *Al Najjar v. Ashcroft*, 273 F.3d 1330, 1336 (11th Cir. 2001)) (dismissing the case as moot because the habeas petitioner's release from custody mooted his habeas petition seeking immediate release from custody).

The court will enter a separate final order consistent with this opinion.

**DONE** and **ORDERED** this February 24, 2025.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE